**Order entered June 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00349-CV

## DAVID AND WENDY MEISENBACH LIMITED PARTNERSHIP, Appellants

## V.

## SAMEER P. SETHI, SETHI OPERATING COMPANY, AND SETHI PETROLEUM, LIMITED LIABILITY COMPANY, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01149-2014**

## ORDER

The Court has been notified that the United States District Court for the Eastern District of Texas has rendered an order appointing a receiver in a case involving the appellees. Pursuant to that May 14, 2015 order, further action is this proceeding is stayed. Accordingly, we **ABATE** this appeal. For administrative purposes, the appeal will be treated as a closed case. It may be reinstated on motion by any party showing the stay has been lifted and specifying what further action, if any, is required from this Court.

/s/    CRAIG STODDART
JUSTICE